# EXHIBIT 1

## MUTUAL RELEASE AND SETTLEMENT AGREEMENT

This Mutual Release and Settlement Agreement (the "Agreement") is entered into between ANNALISA CAMARENA ("Camarena"), a single woman; AMY ENGLISH ("English"), a single woman (collectively, "Plaintiffs"); and Guardian Investigations and Document Services, Inc. ("Guardian"), an Arizona corporation; and RAYMOND VERNON ("Vernon") (collectively, "Defendants"). The parties hereby recite and agree as follows:

WHEREAS Plaintiff Camarena was hired by Defendant Guardian on May 16, 2011, as an hourly employee; and

WHEREAS Plaintiff English was hired by Defendant Guardian on July 5, 2007, as an hourly employee; and

WHEREAS Plaintiffs were paid their hourly wage for each hour worked over forty (40) hours per week, rather than the hourly wage plus half for each hour worked over forty (40) hours per week,

WHEREAS Plaintiff Camarena's employment was terminated on May 27, 2013;

WHEREAS Plaintiff English's employment was terminated on January 28, 2013;

WHEREAS on or about July 26, 2013, Plaintiffs filed a lawsuit against the Defendants in the United States District Court, District of Arizona, Case No. CV13-01514-PHX-ROS (the "Action"); and

WHEREAS Plaintiffs and Defendants now seek to resolve all disputes between them that are the subjects of the Action.

NOW, THEREFORE, in consideration of the mutual representations, warranties and covenants hereinafter set forth, the sufficiency of which is hereby stipulated and agreed to, Plaintiffs and Defendants agree as follows:

1. Defendants will pay to Plaintiff Camarena a lump sum payment of Three Hundred and Eighty-One Dollars and Nineteen Cents ($381.19) for unpaid overtime worked during Plaintiff Camarena's employment with Guardian. Such payment must be delivered to Trey Dayes, Phillips Dayes Law Group, PC, 3101 N. Central Avenue, Suite 1500, Phoenix, Arizona 85012, within two (2) business days of the Court's entry of the Judgment described in paragraph 3, below.

2. Defendants will pay to Plaintiff English a lump sum payment of Two Thousand Three Hundred Dollars and Sixteen Cents ($2,300.16) for unpaid overtime worked during Plaintiff English's employment with Guardian. Such payment must be delivered to Trey Dayes, Phillips Dayes Law Group, PC, 3101 N. Central Avenue, Suite 1500, Phoenix, Arizona 85012, within two (2) business days of the Court's entry of the Judgment described in paragraph 3, below.

3. Upon execution of this Agreement, the parties will promptly execute and file with the Court a Joint Motion to Approve Settlement and Dismiss Lawsuit with Prejudice in the form attached hereto as Exhibit 1. If the Court refuses to enter the Judgment, this Agreement shall be void but the parties will endeavor to settle this matter without the time and expense of litigation.

4. Each party agrees to pay his, her, or its own attorneys' fees and costs in connection with the Action.

5. In consideration of the payment called for under this Agreement, and for the other consideration provided by the mutual covenants and releases in this Agreement, Plaintiffs waive and release any and all claims, causes of actions, and demands of any kind whatsoever

against the Defendants, whether known or unknown, including, but not limited to, claims that could have been brought in the Action.

6.  In consideration of the payment called for under this Agreement, and for the other consideration provided by the mutual covenants and releases in this Agreement, Defendants hereby waive and release any and all claims, causes of actions and demands of any kind whatsoever against the Plaintiffs, whether known or unknown, including, but not limited to, claims that could have been brought in the Action.

7.  Plaintiffs and Defendants agree that the mutual waivers and releases contained herein are for the benefit of all current and former agents, members, partners, employees, officers, directors, insurers, predecessors, successors, assigns, attorneys, or other representatives of Plaintiffs and Defendants.

8.  Plaintiff Camarena and Plaintiff English acknowledge that the payments called for in the Agreement are all that they will receive and that no promise for any other or further consideration has been made by anyone.

9.  The parties acknowledge that this Agreement is executed as a compromised settlement of disputed claims, liability for which is expressly denied.

10. This Agreement constitutes the complete and final agreement between the parties pertaining to the subject matter of this Agreement. All prior or contemporaneous agreements, representations, and understandings of the parties, whether oral or written, are hereby superseded and incorporated herein.

11. This Agreement may be modified only by a written amendment signed by Plaintiffs and Defendants.

12.  This Agreement shall be construed and interpreted under the laws of the State of Arizona.

13.  This Agreement is not to be construed or interpreted for or against either party on the grounds of sole or primary authorship or draftsmanship.

14.  In the event either party breaches or violates any obligation to the other, the party in violation or breach is liable to the other for all attorneys' fees, costs and expenses incurred by the non-breaching party in connection with the violation or breach, whether or not suit is filed. If either party deems it necessary to bring an action against the other party to enforce any of the terms of this Agreement, the prevailing party in any such action or other proceedings shall be paid all reasonable costs, expenses and attorneys' fees by the other party.

15.  If any provision of this Agreement is, to any extent, found to be invalid or unenforceable, the remainder of this Agreement will not be affected by the invalidity or unenforceability. In such event, the parties agree to reform this Agreement to conform as nearly as possible to the original intent of the parties.

16.  Each party expressly represents and warrants that the persons signing below are authorized to execute this Agreement on its behalf. Further, each party acknowledges that it is executing this Agreement solely upon reliance on its knowledge, belief and judgment and with the advice of counsel, and not upon any representation made by the other party or others on its behalf.

17.  This Agreement may be executed in counterparts, each of which shall be deemed an original. A facsimile signature shall have the same force and effect as an original signature.

///

///

THE UNDERSIGNED ACKNOWLEDGES THAT HE/SHE HAS READ THE FOREGOING AGREEMENT, UNDERSTANDS ITS TERMS, AND FREELY AND VOLUNTARILY SIGNS THE SAME.

ANNALISA CAMARENA

*/s/ Annalisa Camarena*
Date: 9/3/13

AMY ENGLISH

*/s/ Amy J. English*
Date: 9/3/13

RAYMOND VERNON

*/s/ Raymond Vernon*
Date: 9/4/2013

GUARDIAN INVESTIGATIONS AND DOCUMENT SERVICES, INC., an Arizona corporation

*/s/ Raymond Vernon*
By: Raymond Vernon, President
Date: 9/4/2013

5