**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Annalisa Camarena, a single woman and Amy English, a single woman,<br><br>    Plaintiffs,<br><br>vs.<br><br>Guardian Investigations and Document Services, Inc., an Arizona Corporation; and Raymond Vernon,<br><br>    Defendants. | No. CV-13-1514-PHX-ROS<br><br>**ORDER** |

Pursuant to the parties' Joint Motion to Approve Settlement and Dismiss All Claims with Prejudice ("Joint Motion"), and good cause appearing,

**IT IS ORDERED** that the Stipulation and Joint Motion (Doc. 12) is **GRANTED**. The Court finds that the Mutual Release and Settlement Agreement ("Settlement Agreement"), attached as Exhibit 1 to the Joint Motion, is a fair and reasonable resolution of a bona fide dispute over wages owed pursuant to the Fair Labor Standards Act, and accordingly, the Settlement Agreement is approved.

. . .

. . .

. . .

**IT IS FURTHER ORDERED** the Clerk of Court shall enter a judgment of dismissal with prejudice.

DATED this 9th day of September, 2013.

_____
Roslyn O. Silver
Senior United States District Judge